UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
JUN 26 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. 3:19-cr- 26 -RLY/MPB |
| ) | |
| ANDREA DARIUS JOHNSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about April 26, 2019, in Vanderburgh County, in the Southern District of Indiana, ANDREA DARIUS JOHNSON defendant, did knowingly possess in commerce and affecting commerce a firearm, to wit: a Sig Sauer .40 caliber handgun, Model SP2340, bearing serial number SP0006117, after having been knowingly convicted of one or more crimes punishable by a term of imprisonment exceeding one (1) year, including a felony Possession of Cocaine in Vanderburgh County, Indiana, under cause number 82D02-1003-FA-00283 on or about June 14, 2010 and a felony Carrying a Handgun without a License in Vanderburgh County, Indiana under cause number 82C01-1508-F5-005269 on or about October 19, 2016.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in or used in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to:

   A. a Sig Sauer .40 caliber handgun, Model SP2340, bearing serial number SP0006117; and

   B. all ammunition recovered with the firearm.

4. In addition, the United States may seek civil forfeiture of the property described in Paragraph 3.

A TRUE BILL:

_____
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Lauren M. Wheatley
Assistant United States Attorney