UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-cr-00026-RLY-MPB |
| ) | |
| ANDREA DARIUS JOHNSON, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER DIRECTING FURTHER BRIEFING AND LIFTING STAY**

Defendant filed a pro se motion that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. Dkt. 63. The Court appointed counsel to represent Defendant and stayed the case. Dkt. 64. Counsel appeared on Defendant's behalf, dkt. 65, but then withdrew, dkts. 68, 69. Because counsel has withdrawn from this case, the **stay issued in this case is hereby lifted**. *See* dkt. 66.

Defendant must now pursue his Motion for Compassionate Release pro se unless he obtains private counsel. Accordingly, the Court **ORDERS** Defendant to supplement his motion with any information or argument that may inform the Court's discretion to grant or deny his Motion for Compassionate Release on or before **May 30, 2023**. In the alternative, Defendant may file a motion to withdraw his Motion for Compassionate Release. **If Defendant does not timely supplement his Motion for Compassionate Release as directed by this Entry, the Court will deem it abandoned and deny it without prejudice.**

IT IS SO ORDERED.

Date: 4/24/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**Distribution:**

Andrea Darius Johnson
Reg. No. 17570-028
USP Beaumont
U.S. Penitentiary
P. O. Box 26030
Beaumont, TX  77720

All Electronically Registered Counsel